Fill in this information to identify your case:

Debtor 1 __MR. DWAYNE___ __WALTER___ __BISHOP___
         First Name       Middle Name    Last Name

Debtor 2 __N/A___ __N/A___ __N/A___
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __NORTHERN___ District of __IL.___
                                         EASTERN DIVISION

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form B 3A
## Application for Individuals to Pay the Filing Fee in Installments   12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: Specify Your Proposed Payment Timetable

1. Which chapter of the Bankruptcy Code are you choosing to file under?

   ☐ Chapter 7 ........... Fee: $306
   ☐ Chapter 11 ......... Fee: $1,213
   ☐ Chapter 12 ......... Fee: $246
   ☒ Chapter 13 ......... Fee: $281

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   You propose to pay...

   $ __70.25__  ☒ With the filing of the petition  __01-17-14__
                ☐ On or before this date           MM/DD/YYYY

   $ __70.25__  On or before this date  __03-18-14__
                                        MM/DD/YYYY

   $ __70.25__  On or before this date  __04-17-14__
                                        MM/DD/YYYY

   + $ __70.25__  On or before this date  __05-17-14__
                                          MM/DD/YYYY

   Total  $ __281__  ◀ Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

× _[signature]_____   × __N/A_____   × __N/A_____
Signature of Debtor 1    Signature of Debtor 2    Your attorney's name and signature, if you used one

Date _____        Date __N/A__          Date __N/A__
     MM/DD/YYYY               MM/DD/YYYY            MM/DD/YYYY

Official Form B 3A           Application for Individuals to Pay the Filing Fee in Installments

**Fill in this information to identify the case:**

Debtor 1  DWAYNE   WALTER   BISHOP
         First Name   Middle Name   Last Name

Debtor 2  NONE
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: NORTHERN   District of IL

Case number (If known): _____

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[ ] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** $_____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____          **By the court:** _____
Month / day / year                    United States Bankruptcy Judge